

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

September 16, 2015

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

Re: *United States* v. *Maria De Los Angeles Gonzalez de Hernandez*,
13 Cr. 901 (PAE)

Dear Judge Engelmayer:

The Government respectfully writes in regard to the sentencing control date for this matter, which was September 11, 2015.

The Government and the defendant respectfully request that the Court proceed to sentencing at this time and direct that a presentence investigation commence.   We understand that December 11, 2015, at 11:30 a.m. would be convenient to the Court for sentencing.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:

/s/ Harry A. Chernoff
_____
Harry A. Chernoff/Jason H. Cowley
Assistant U.S. Attorneys
Tel.: (212) 637-2481/2479
Kevin Gingras
Trial Attorney, U.S. Department of Justice

cc (via email): Norman Moscowitz, Esq. and Jane Moscowitz, Esq., Counsel for Defendant